NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH WIBLE, JR.,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2024-1907

---

Petition for review of the Merit Systems Protection Board in No. AT-0831-18-0196-I-1.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned petition for review,

IT IS ORDERED THAT:

(1)  This petition for review is dismissed.

2                                                                WIBLE v. OPM

(2)  Each side shall bear its own costs.

FOR THE COURT



July 24, 2024                        Jarrett B. Perlow
Date                                   Clerk of Court

ISSUED AS A MANDATE: July 24, 2024